UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Carlos MENDOZA-Camacho<br>(AKA: Manuel URIAS-Castro)<br>(AKA: Carlos SOTO)<br>　　　　　　　Defendant. | Magistrate Case No. '07 MJ 2484<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **April 16, 2007**, within the Southern District of California, defendant, **Carlos MENDOZA-Camacho (AKA: Manuel URIAS-Castro)(AKA: Carlos SOTO)**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT,
Gregory Harrison, Immigration &
Customs Enforcement, Deportation Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **17th** DAY OF **October 2007.**

UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
NAME: MENDOZA-Camacho, Carlos
(AKA: URIAS-Castro, Manuel)(AKA: SOTO, Carlos)

## PROBABLE CAUSE STATEMENT

As part of assigned duties of the Detention and Removal Office, Deportation Officers review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326.

On Monday, April 16, 2007, the defendant identified as Carlos MENDOZA-Camacho (AKA: Manuel URIAS-Castro, Manuel)(AKA: Carlos SOTO) was arrested by Officer A. Dinh of the San Diego Police Department for "INFLICTING INJURY ON SPOUSE" and booked into county jail. While in the custody of county jail, Immigration Enforcement Agent Travis Walkenhorst determined the defendant to be a citizen of Mexico and placed an immigration detainer pending his release.

On Tuesday, October 16, 2007, at approximately 8:30 a.m. the defendant was referred to United States Immigration and Customs Enforcement custody. Deportation Officer Gregory Harrison conducted official record checks in regards to the defendant, which indicated that he was a citizen of Mexico and had been deported from the United States. A thorough review of the defendant's official immigration record and Alien Registration File confirmed that he is a citizen and national of Mexico having been previously removed from the United States on three occasions.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was ordered removed from the United States by an Immigration Judge on or about February 28, 2006 and removed to Mexico via the San Ysidro Port of Entry. Record checks also revealed that the defendant was issued an administrative removal on November 14, 2001 and a re-instatement of removal on July 19, 2006. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Carlos MENDOZA-Camacho, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

All information indicates that the defendant is a citizen of Mexico having been previously deported to Mexico and has no legal right to enter or reside in the United States.

Based upon the foregoing information, there is probable cause to believe that Carlos MENDOZA-Camacho (AKA: Manuel URIAS-Castro)(AKA: Carlos SOTO) has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.

_Gregory M. Harrison_
DEPORTATION OFFICER

10/17/07, 11:40hrs

_William McCurine_
**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**