**AMBER A. BAYLOR**
California State Bar No. 248196
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Email: Amber_Baylor@fd.org

Attorneys for Mr. Mendoza-Camacho

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM MCCURINE, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07MJ2484-WMC |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| CARLOS MENDOZA-CAMACHO, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Amber A. Baylor, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: October 19, 2007         /s/  *Amber Baylor*
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Mr. Mendoza-Camacho
                                Amber_Baylor@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated: October 19, 2007

              /s/ *Amber Baylor*
              Federal Defenders of San Diego, Inc.
              225 Broadway, Suite 900
              San Diego, CA 92101-5030
              (619) 234-8467 (tel)
              (619) 687-2666 (fax)
              E-mail: Amber_Baylor@fd.org