```
                              FILED
                           NOV 1 5 2007
                       CLERK, U.S. DISTRICT COURT
                       SOUTHERN DISTRICT OF CALIFORNIA
                                              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3119-IEG |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| CARLOS MENDOZA-CAMACHO, aka Manuel Urias-Castro, aka Carlos Soto, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about **Nov. 14, 2001**, within the Southern District of California, defendant CARLOS MENDOZA-CAMACHO, aka Manuel Urias-Castro, aka Carlos Soto, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

JJO:jam:San Diego
10/29/07

<u>Count 2</u>

On or about _July 19, 2006_, within the Southern District of California, defendant CARLOS MENDOZA-CAMACHO, aka Manuel Urias-Castro, aka Carlos Soto, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

<u>Count 3</u>

On or about April 16, 2007, within the Southern District of California, defendant CARLOS MENDOZA-CAMACHO, aka Manuel Urias-Castro, aka Carlos Soto, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: _11/15/07_.

KAREN P. HEWITT
United States Attorney

_Charlotte E. Kaiser_ for
JOSEPH J.M. ORABONA
Assistant U.S. Attorney