1  **Christian De Olivas**
   CalBarNo. 249608
2  De Olivas Law Firm, APLC
   200 N. Bradford Ave., Suite L
3  Placentia, CA 92870
   Telephone: (714) 646-3314
4  Facsimile:   (714) 646-3721
5

FILED
07 DEC -6 PM 2:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 307-cr-03119-IEG-1 |
|---|---|
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| Carlos Mendoza-Camacho | |
| Defendant | |

Carlos Mendoza-Camacho hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, AMBER BAYLOR.

DATED: 12-3-07            Mendoza Camacho Carlos
                                      DEFENDANT

I consent to the above substitution.

DATED: X 12/6/07          X _____
                                  PRESENT ATTORNEY

//

                                            307-cr-03119-IE6-1
                                                      CASE NO.

I am duly admitted to practice in this district.

I accept the above substitution.

DATED: __12-03-04__    _____
                                NEW ATTORNEY

Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE COURT.

DATED: __12/6/07__    APPROVED: _____
                                UNITED STATES DISTRICT COURT
                                MAGISTRATE

2   307-cr-03119-IEG-1
    CASE NO.