## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. __CARLOS MENDOZA-CAMACHO__     No. __07CR3119-IEG__

HON. __LOUISA S. PORTER__     Tape No. __POR08-1:11:40-11:41(1m)__

Asst. U.S. Attorney __Sabrina Feve, AUSA__     PTSO __Boris Ilic__

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Christian De Olivas | Apt | X | Ret | for Mendoza-Camacho | (1) | (C) |
|  |  | Apt | | Ret | for | ( ) | ( ) |
|  |  | Apt | | Ret | for | ( ) | ( ) |
|  |  | Apt | | Ret | for | ( ) | ( ) |
|  |  | Apt | | Ret | for | ( ) | ( ) |
|  |  | Apt | | Ret | for | ( ) | ( ) |
|  |  | Apt for Material Witness(es) | | | | | |

PROCEEDINGS:     ___ In Chambers     __X__ In Court     ___ By Telephone

Govt's oral motion to dismiss - Granted without prejudice.
Abstract issued to USM

Date __01/11/2008__                    R. F. Messig __RFM__
                                        Deputy's Initials