# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA )   CASE NUMBER 07CR3119 IEG
                         )
          vs             )   ABSTRACT OF ORDER
                         )
Carlos Mendoza-Camacho   )   Booking No. 05241298
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __1/14/08__ the Court entered the following order:

__X__ Defendant be released from custody. This case only

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and (____ bond) (____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals (____ affirming) (____ reversing) decision of this Court:
       ____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

__X__ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. Related case 07CR3475-IEG

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE
                         OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk

Crim-9  (Rev 6-95)                ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY