# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>CARLOS MENDOZA-CAMACHO,<br><br>      Defendant. | CASE NO. 07CR3119-IEG<br><br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) of: <u>8 USC 1325 of the 3 count Information.</u>

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

**DATED: January 14, 2008**

                *Irma E. Gonzalez*
                **IRMA E. GONZALEZ, Chief Judge**
                **United States District Court**

                ENTERED ON _____