UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JAN 16 PM 3:39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>CARLOS MENDOZA-CAMACHO,<br><br>               Defendant. | CASE NO. 07CR3119-IEG<br><br>JUDGMENT OF DISMISSAL |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8 USC 1325 of the 3 count Information.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 14, 2008

                                           IRMA E. GONZALEZ, Chief Judge
                                           United States District Court

I have executed within Judgment of dismissal
~~Judgement and Commitment~~ on 1/15/08

United States Marshal

By: _____
USMS Criminal Section

ENTERED ON _____